**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00417-CV**
_____

**TEXAS A&M UNIVERSITY 12TH MAN FOUNDATION A/K/A THE 12TH MAN FOUNDATION, Appellant**

**V.**

**ROBERT C. HINES, EXECUTOR OF THE ESTATE OF NATHAN HINES, ET AL, Appellees**

**On Appeal from the 1A District Court**
**Newton County, Texas**
**Trial Cause No. CV1814312**

**MEMORANDUM OPINION**

Texas A&M University 12th Man Foundation a/k/a The 12th Man Foundation, Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 19, 2025
Opinion Delivered February 20, 2025

Before Johnson, Wright and Chambers, JJ.